UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

===============================
:
**AUCTUS FUND, LLC,**     :
:
     **Plaintiff,**   :
:
     v.    :    <u>Civil Action No. 1:20-cv-10675-GAO</u>
:
:
**ROBERT J. GRAHAM,**   :
:
     **Defendant.**   :
:
===============================

## MOTION TO WITHDRAW

     The undersigned, Philip M. Giordano, Esq., respectfully moves this Honorable Court to withdraw his appearance and that of his Firm from the above-captioned action. In support hereof, the undersigned states that serious irreconcilable differences exist between the undersigned and the Plaintiff, which require the withdrawal of the undersigned and his Firm from further representation in this action.

     Respectfully Submitted,

      /s/ *Philip M. Giordano*
     Philip M. Giordano, Esq. (BBO #193530)
     Giordano & Company, P.C.
     REED & GIORDANO, P.A.
     47 Winter Street, Suite 800
     Boston, Massachusetts 02108-4774
     Telephone: (617) 723-7755
     Facsimile: (617) 723-7756
Dated: November 29, 2021     Email: pgiordano@reedgiordano.com

## CERTIFICATE OF SERVICE

     I, Philip M. Giordano, do hereby certify that, on this 29th day of November, 2021, that I caused to be served a true copy of attached Motion to Withdraw, by email as follows: as filed by and through the District Court's electronic filing/ECF system and that such true copy is available for downloading and viewing by all parties or counsel of record and by emailing a true copy as follows:

Auctus Fund, LLC
545 Boylston Street, Suite 200
Boston, Massachusetts 02116
Attn: Alfred Sollami, Managing Member
    Email: als@auctusfundllc.com
    Louis Posner, Manager
    Email: louposner@auctusfundllc.com

HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, Massachusetts 02116
Attn: Gordon P. Katz, Esq.
    Email: Gordon.katz@hklaw.com
    Lynne B. Xerras, Esq.
    Email: lynne.xerras@hklaw.com
    Courtney Worcester, Esq.
    Email: Courtney.worcester@hklaw.com


Dated: November 29, 2021        */s/ Philip M. Giordano*
                                          Philip M. Giordano